```
 1  PAYNE & FEARS LLP
    Attorneys at Law
 2  James T. Conley, Bar No. 224174
    Steven K. Ganotis, Bar No. 234252
 3  One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
 4  Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
 5
    PAYNE & FEARS LLP
 6  Attorneys at Law
    Andrew J. Jarmillo, Bar No. 198303
 7  4 Park Plaza, Suite 1100
    Irvine, CA 92614
 8  Telephone: (949) 851-1100
    Facsimile: (949) 851-1212
 9
    Attorneys for Defendant
10  HOME DEPOT U.S.A., INC.
```

ORIGINAL FILED
07 JUL -6 AM 11: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07 3520

| | |
|---|---|
| RICK HUERTA, | CASE NO. |
| Plaintiff, | (San Mateo County Superior Court Case No. CIV 463295) |
| v. | NOTICE OF INTERESTED PARTIES |
| HOME DEPOT, U.S.A., INC., a Delaware corporation doing business in California and DOES 1-25 | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms partnerships, corporation (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the

---

NOTICE TO CLERK OF REMOVAL OF ACTION TO U.S. DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA                                    Case No.

proceedings: (1) Home Depot, Inc. (parent corporation of Home Depot U.S.A., Inc.).

DATED: July 6, 2007            PAYNE & FEARS LLP

By: _____
       JAMES T. CONLEY
       STEVEN K. GANOTIS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

361606.1

NOTICE TO CLERK OF REMOVAL OF ACTION TO U.S. DISTRICT
COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA            Case No.

# PROOF OF SERVICE

Rick Huerta v. The Home Depot et al.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, CA 94111.

On July 6, 2007, I served the following document(s) described as NOTICE OF INTERESTED PARTIES on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

UNITED EMPLOYEES LAW GROUP, PC
Walter L. Haines, Esq.
Thomas K. Emmitt, Esq.
65 Pine Ave., Suite 312
Long Beach, CA 90802

Attorneys For Plaintiff
Rick Huerta

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 6, 2007, at San Francisco, California.

*/s/ Alicia S. Carr*
ALICIA S. CARR

PROOF OF SERVICE                                            CASE NO.