PAYNE & FEARS LLP
Attorneys at Law
James T. Conley, Bar No. 224174
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

PAYNE & FEARS LLP
Attorneys at Law
Andrew J. Jarmillo, Bar No. 198303
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK HUERTA,<br><br>         Plaintiff,<br><br>     v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation doing business in California and DOES 1-25<br><br>         Defendants. | CASE NO. C 07 3520 PJH<br><br>**JOINT RULE 26(F) REPORT**<br><br><br>Date Action Filed: May 25, 2007<br>Trial Date: None set |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a conference was held on September 24, 2007, between counsel for Plaintiff Rick Huerta("Plaitiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"). The parties jointly submit the following report:

1. <u>Automatic Disclosures</u>.  The parties agree that no changes should be made to the timing, form or requirement for disclosures under FRCP 26(a).

2. <u>Discovery Scope and Schedule</u>.  The parties have not completed any discovery to date.  In addition to the exchange of initial disclosures, the parties anticipate completing written discovery, document productions, and any necessary depositions.

The parties may require discovery on the following subjects: (1) Plaintiff's duties and his supervisory responsibilities; (2) Plaintiff's performance of his duties and supervisory responsibilities; (3) Plaintiff's allegations in his complaint, including but not limited to his claims that he was misclassified as an exempt employee; (4) Plaintiff's work schedules; (5) Plaintiff's meal periods; (6) Defendant's policies and procedures related to Assistant Store Managers and their job duties; (7) Defendant's responses and defenses to Plaintiff's claims; (8) Plaintiff's complaints, if any, related to his work duties and any discipline he received; (9) Liability and damages, including, but not limited to, Plaintiff's efforts to mitigate any alleged damages.

All discovery commenced in time should be completed by April 25, 2008.

The parties agree that discovery should not be conducted in phases and should not be limited or focused upon any particular issue.

3.  Electronic Information.  The parties agree that electronically stored information that should be produced pursuant to Rule 26(a) and/or a proper discovery request, if any such information exists, will be produced in paper form, unless production in such form is not practicable, in which case the information will be produced in a manner agreeable to the parties.  The parties do not currently anticipate that issues related to electronically stored information will significantly affect this litigation.

4.  Privilege Issues.  The parties agree that no changes to the procedures regarding privileged information provided by the FRCP are required.

5.  Changes Regarding Limitations on Discovery.  The parties agree that no changes should be made in the limitations on discovery imposed by the FRCP, with the exception of FRCP 30.  The parties stipulate that the provisions of FRCP 30(d)(2), which limit the length of a deposition to one day of seven hours, will not apply to the depositions of Plaintiff if additional time is reasonably necessary to complete his deposition.

1  6. <u>Other Orders Under FRCP 26(c), FRCP 16(b), or FRCP 16(c).</u>
2  The parties agree that no other orders should be entered by the
3  Court under FRCP 26(c) or under FRCP 16(b) or (c).
4
5  DATED: October 9, 2007        PAYNE & FEARS LLP
6
7                                By:/s/_____
                                    ANDREW J. JARAMILLO
8                                 Attorneys for Defendant
                                  THE HOME DEPOT, INC.
9
10 DATED: October 9, 2007        UNITED EMPLOYEES LAW GROUP, P.C.
11
12                                By:/s/_____
                                    BRUCE DAVIS
13                                Attorneys for Plaintiff
                                  RICK HUERTA
14

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

JOINT RULE 26(F) REPORT                                Case No. C 07 3520 PJH