## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:  October 11, 2007**                           **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-3520  PJH**

**Case Name: Rick Huerta v. Home Depot USA, Inc.**

**Attorney(s) for Plaintiff:**        **Walter L. Haines**
**Attorney(s) for Defendant:**      **Andrew J. Jaramillo**

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Not Reported

### PROCEEDINGS

      Initial Case Management Conference-Held.  Plaintiff counsel's request to appear by telephone for future hearings is denied by the court.  If the parties need to request a further case management conference they may appear by telephone.  If the court requests an appearance by the parties they must appear in person.  The court sets a pretrial schedule.


**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed within 90 days**.


**PRETRIAL SCHEDULE:**

**Last day to Amend Pleadings: 11/30/07**
**Non-Expert Discovery cutoff: 4/11/08**
**Expert disclosure: 6/6/08**
**Expert discovery cutoff: 7/18/08**
**Dispositive Motions heard by: 5/21/08**
**Pretrial Conference: 8/28/08 at 2:30 p.m.**
**Trial: 9/22/08  at  8:30 a.m., for 4 days, by [] Jury  [x]  Court**

**Order to be prepared by:**   [] Pl [] Def [x]  Court

**Notes:**

**cc: file; ADR**