# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Huerta, | 07-03520 PJH MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|    v. | |
| Home Depot USA Inc., | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jean C. Gaskill**
Attorney at Law
1251 Bay St.
Alameda, CA 94501
510-521-7108

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03520 PJH MED                       - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 19, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03520 PJH MED                    - 2 -