# UNITED STATES DISTRICT COURT

## Northern District of California

Huerta,

    Plaintiff(s),

v.

Home Depot USA Inc.,

    Defendant(s).

No. C 07-03520 PJH MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/8/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __1/8/08__

Mediator, Jean C. Gaskill
Attorney at Law
1251 Bay St.
Alameda, CA 94501

**Certification of ADR Session**
07-03520 PJH MED