PAYNE & FEARS LLP
Attorneys at Law
James T. Conley, Bar No. 224174
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

PAYNE & FEARS LLP
Attorneys at Law
Andrew J. Jarmillo, Bar No. 198303
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HUERTA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation doing business in California and DOES 1-25<br><br>    Defendants. | CASE NO. C 07 3520 PJH<br><br>STIPULATION TO CONTINUE DISCOVERY CUTOFF AS IT PERTAINS TO DEPOSITION OF PLAINTIFF; DECLARATION OF ANDREW J. JARAMILLO IN SUPPORT THEREOF; AND [PROPOSED] ORDER<br><br>Action Filed: May 25, 2007<br>Trial: September 22, 2008 |

Pursuant to Local District Court Rules 6-2 and 7-12, plaintiff Rick Huerta ("Plaintiff") and defendant The Home Depot U.S.A., Inc. ("Defendant") hereby stipulate that the discovery cutoff in this action, currently set for April 11, 2008, be continued until May 29, 2008, solely as it pertains to the deposition of Plaintiff. As set forth in the accompanying

1  declaration, the reason for this stipulation is that Plaintiff is
2  unavailable to attend his deposition which was noticed for April
3  8, 2008, and will be unavailable to attend his deposition at any
4  other time before the discovery cutoff.

6  DATED:  April 7, 2008           PAYNE & FEARS, LLP

8  By:/s/ _____
                                   ANDREW J. JARAMILLO
9                                  Attorneys for Defendant
                                   THE HOME DEPOT, INC.

12 DATED:  April 7, 2008           UNITED EMPLOYEES LAW GROUP, P.C.

14 By:/s/ _____
                                   GREGORY DOUGLAS
15                                 Attorneys for Plaintiff
                                   RICK HUERTA

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

2
STIP. AND [PROPOSED] ORDER RE DISCOVERY CUTOFF         Case No. C 07 3520 PJH

### Declaration of Andrew J. Jaramillo in Support of Stipulation and Proposed Order

I, Andrew J. Jaramillo, declare as follows:

1. The stipulated request to extend the discovery cutoff only as it pertains to the taking of Plaintiff's deposition is based upon the fact that, according to Plaintiff's counsel, Plaintiff is unavailable to attend his properly-noticed deposition on April 8, 2008 and is unavailable to attend on any other day prior to the discovery cutoff.

2. No other time modifications have been made in this case either by stipulation or Court order.

3. The extension of the discovery cutoff until May 29, 2008, for the sole purpose of taking Plaintiff's deposition would have no appreciable effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Irvine, California on April 7, 2008.

/s/ *[signature]*
Andrew J. Jaramillo

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                                    _____
                                                    Hon. Phyllis J. Hamilton