1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   RICK HUERTA,

8              Plaintiff(s),                    No. C 07-3520 PJH

9      v.                                       **ORDER OF REFERENCE**
                                                **TO MAGISTRATE JUDGE**
10  HOME DEPOT USA INC.,

11             Defendant(s).
    _____/

12
            No dispositive motions having been filed by the deadline of April 16, 2008, pursuant to
13
    Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to
14
    conduct a settlement conference by July 25, 2008.
15
            The parties will be advised of the date, time and place of appearance by notice from the
16
    assigned magistrate judge.  The parties are directed to contact the courtroom deputy of the
17
    undersigned judge if they are not advised of the assigned magistrate judge within thirty days.
18
            IT IS SO ORDERED.
19
    Dated:  April 23, 2008
20

21                                              _____

22                                              PHYLLIS J. HAMILTON
                                                United States District Judge
23
    cc:  Wings, Assigned M/J
24

25

26

27

28