UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HUERTA, | No. C-07-3520 PJH (EMC) |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for July 11, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **July 14, 2008, at 10:00 a.m.**

♦   **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by June 30, 2008.  Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

Dated: June 2, 2008                                             RICHARD W. WIEKING, CLERK

                                                                By:    /s/
                                                                       Leni Doyle
                                                                       Deputy Clerk