PAYNE & FEARS LLP
Andrew J. Jaramillo, State Bar No. 198303
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
Email: ajj@paynefears.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HUERTA,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. a Delaware corporation doing business in California; and DOES 1-25, inclusive<br><br>        Defendants. | CASE NO. CV07-3520 PJH<br><br>**NOTICE OF SETTLEMENT**<br><br>Date Action Filed: May 25, 2007<br>Trial Date:       September 22, 2008 |

**TO THE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that the Plaintiff Rick Huerta ("Plaintiff") and Defendant The Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), have reached an agreement to settle this matter and are in the process of memorializing its terms in the form of a written settlement agreement.

This Notice is made in compliance with and pursuant to Local Rule 40-1, and is made in writing so that all pending deadlines (including, but not limited to the trial scheduled on

September 22, 2008, and the settlement conference scheduled on July 14, 2008) may be vacated.

The parties anticipate that it will take approximately thirty (30) business days for the parties to perform their respective obligations in accordance with the terms of the written settlement agreement, as well as for the Parties to prepare, sign and file a Stipulation and [Proposed] Order re. Dismissal of this entire case (with prejudice) with the Court pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: July 8, 2008        PAYNE & FEARS LLP

By: _____
ANDREW J. JARAMILLO

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.

DATED: July 8, 2008        UNITED EMPLOYEES LAW GROUP

By: _____
GREGORY DOUGLAS

Attorneys for Plaintiff
RICK HUERTA