1
2
3
4
5                            UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8  RICK HUERTA,                                   No. C-07-3520 PJH (EMC)
9         Plaintiff,
                                              **CLERK'S NOTICE**
10       v.
11  HOME DEPOT USA, INC.,
12         Defendant.
13  _____/
14
15        TO ALL PARTIES AND COUNSEL OF RECORD:
16        The parties have advised the Court that this case has settled (*see* Docket No. 18).  Please take
17  notice that the Settlement Conference set for July 14, 2008, at 10:00 a.m. before Magistrate Judge
18  Edward M. Chen has been **VACATED**.
19
20  Dated: July 10, 2008                             RICHARD W. WIEKING, CLERK
21
22                                              By: _____/s/_____
23                                                   Leni Doyle
                                                   Deputy Clerk
24
25
26
27
28