**UNITED EMPLOYEES LAW GROUP, P.C.**
Walter L. Haines, Esq. SBN 71075
Gregory A. Douglas, Esq. SBN 147166
Angie V. Phung, Esq. SBN 238949
65 Pine Avenue, #312
Long Beach, California 90802
Tel.:  (562) 256-1047
Fax:  (562) 256-1006
admin@unitedemployeeslawgroup.com

Attorneys for Plaintiff,
RICK HUERTA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HUERTA, an individual(s) | ) Case No. CV07-3520 PJH |
| Plaintiff(s), | ) **STIPULATION AND ORDER TO DISMISS** |
| vs. | ) **ENTIRE ACTION WITH PREJUDICE** |
| THE HOME DEPOT, INC., a Delaware corporation doing business in California; and DOES 1-25, | ) Trial Date: September 22, 2008 |
| Defendant(s). | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Rick Huerta ("Plaintiff") and Defendant The Home Depot, Inc., ("Defendant"), by and through their respective counsel of record, that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

///
///
///

    IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorneys' fees.

DATED: July 22 , 2008      UNITED EMPLOYEES LAW GROUP, P.C.

By: _____
    GREGORY A. DOUGLAS

Attorneys for Plaintiff
RICK HUERTA

DATED: July    , 2008      PAYNE & FEARS, LLP

By: _____
    ANDREW J. JARAMILLO

Attorneys for Defendant
THE HOME DEPOT, INC.

## [PROPOSED] ORDER AND DISMISSAL WITH PREJUDICE

    On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

    IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal. The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

**IT SO ORDERED.**

DATED: July 22, 2008

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE