1  **UNITED EMPLOYEES LAW GROUP, P.C.**
   Walter L. Haines, Esq. SBN 71075
2  Gregory A. Douglas, Esq. SBN 147166
   Angie V. Phung, Esq. SBN 238949
3  65 Pine Avenue, #312
   Long Beach, California 90802
4  Tel.:  (562) 256-1047
   Fax:   (562) 256-1006
5  admin@unitedemployeeslawgroup.com

6  Attorneys for Plaintiff,
   RICK HUERTA
7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 RICK HUERTA, an individual(s)            ) Case No.  CV07-3520 PJH
                                            )
12         Plaintiff(s),                    ) **STIPULATION AND ORDER TO DISMISS**
                                            ) **ENTIRE ACTION WITH PREJUDICE**
13    vs.                                   )
                                            )
14                                          )
                                            )
15 THE HOME DEPOT, INC., a Delaware         ) Trial Date: September 22, 2008
   corporation doing business in California; and )
16 DOES 1-25,                               )
                                            )
17         Defendant(s).                    )
                                            )
18                                          )
                                            )
19                                          )

20 _____

21

22    IT IS HEREBY STIPULATED by and between Plaintiff Rick Huerta ("Plaintiff") and

23 Defendant The Home Depot, Inc., ("Defendant"), by and through their respective counsel of record,

24 that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed

25 with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

26 ///

27 ///

28 ///

UNITED
EMPLOYEES LAW
GROUP PC

                                             1

IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorneys' fees.

DATED: July 22 , 2008

UNITED EMPLOYEES LAW GROUP, P.C.

By: /s/ Gregory A. Douglas
GREGORY A. DOUGLAS

Attorneys for Plaintiff
RICK HUERTA

DATED: July    , 2008

PAYNE & FEARS, LLP

By: /s/ Andrew Jaramillo
ANDREW J. JARAMILLO

Attorneys for Defendant
THE HOME DEPOT, INC.

[~~PROPOSED~~] ORDER AND DISMISSAL WITH PREJUDICE

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal. The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

IT SO ORDERED.

DATED: July 28, 2008

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
/s/ PJH
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA